UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
VELEZ, ADRIAN § Case No. 11-23387 EWH
§
　　　　Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　Stanley J. Kartchner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

　　3) Total gross receipts of $　　　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　　　(see **Exhibit 2**), yielded net receipts of $　　　from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Stanley J. Kartchner_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ADRIAN VELEZ |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STANLEY J. KARTCHNER | | | | | |
| STANLEY J. KARTCHNER | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Education Services 1200 7th St. Harrisburg, PA 17102 | | | | | |
| | Asset Acceptance Corp Po Box 2036 Warren, MI 48090-2036 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Recovery Systems PO Box 469046 Escondido, CA 92046-0765 | | | | | |
| | Capital One PO Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Desert School Federal Credit Union PO BOX 2945 Phoenix, AZ 85062-2945 | | | | | |
| | Gurstel Chargo 9320 E. Raintree Dr. Scottsdale, AZ 85260 | | | | | |
| | Gurstel Chargo 9320 E. Raintree Dr. Scottsdale, AZ 85260 | | | | | |
| | Midland Credit Management 8875 Aero Dr. San Diego, CA 92123 | | | | | |
| | Midland Credit Management 8875 Aero Drive Ste 200 San Diego, CA 92123 | | | | | |
| | National Collegiate Trust 1200 N. 7th St. Harrisburg, PA 17102 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae 11100 USA Parkway Fishers, IN 46037 | | | | | |
| | Seidberg Law Offices 2412 E Campbell Avenue PO Box 7290 Phoenix, AZ 85011-7290 | | | | | |
| | WFFNB 800 Walnut St Des Moines, IA 50309 | | | | | |
| | Wells Fargo Bank PO Box 14517 Des Moines, IA 50306 | | | | | |
| | Weltman, Weinberg & Reis Co., L.P.A. 175 S. Third Street Suite 900 Columbus, OH 43215 | | | | | |
| | Zwicker & Associates PO Box 10069 Scottsdale, AZ 85271 | | | | | |
| | Zwicker & Associates PO Box 10069 Scottsdale, AZ 85271 | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000006 | ASSET ACCEPTANCE LLC | | | | | |
| 000007 | ASSET ACCEPTANCE LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000010 | CAPITAL ONE, N.A. | | | | | |
| 000002 | DESERT SCHOOL FEDERAL CREDIT UNION | | | | | |
| 000003 | DESERT SCHOOL FEDERAL CREDIT UNION | | | | | |
| 000004 | DESERT SCHOOL FEDERAL CREDIT UNION | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000001 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case No: 11-23387 EWH  Judge: EILEEN W. HOLLOWELL  
Case Name: VELEZ, ADRIAN  
For Period Ending: 08/12/13

Trustee Name: Stanley J. Kartchner  
Date Filed (f) or Converted (c): 08/15/11 (f)  
341(a) Meeting Date: 10/07/11  
Claims Bar Date: 01/18/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1248 E. ELI COURT GILBERT, AZ 85295 (JOINT OWNERSH | 210,300.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT ARIZONA FEDERAL CREDIT UNION 8115 | 123.82 | 0.00 | | 0.00 | FA |
| 3. SAVING ACCOUNT ARIZONA FEDERAL CREDIT UNION 811534 | 25.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 3,345.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS | 50.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS DECORATIVE PICTURES | 20.00 | 0.00 | | 0.00 | FA |
| 7. DVDS | 40.00 | 0.00 | | 0.00 | FA |
| 8. MEN'S CLOTHING | 250.00 | 0.00 | | 0.00 | FA |
| 9. CHILDREN'S CLOTHING | 75.00 | 0.00 | | 0.00 | FA |
| 10. WEDDING RINGS | 250.00 | 0.00 | | 0.00 | FA |
| 11. WATCH | 125.00 | 0.00 | | 0.00 | FA |
| 12. HOME GYM EQUIPMENT & WORKOUT BENCH | 100.00 | 0.00 | | 0.00 | FA |
| 13. CAMCORDER | 75.00 | 0.00 | | 0.00 | FA |
| 14. AMERIPRISE TERM LIFE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 15. JP MORGAN - 401 K | 31,560.60 | 0.00 | | 0.00 | FA |
| 16. 1999 FORD F-150; 168,000 MILES; FAIR CONDITION | 4,925.00 | 0.00 | | 0.00 | FA |
| 17. DOG | 25.00 | 0.00 | | 0.00 | FA |
| 18. PORTABLE SPA OR HOT TUB | 500.00 | 0.00 | | 0.00 | FA |
| 19. TAX REFUNDS (u) | 0.00 | 1,308.00 | | 1,298.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.06 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $251,789.42 | $1,308.00 | | $1,298.06 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

| | | | |
|---|---|---|---|
| Case No: | 11-23387 EWH Judge: EILEEN W. HOLLOWELL | Trustee Name: | Stanley J. Kartchner |
| Case Name: | VELEZ, ADRIAN | Date Filed (f) or Converted (c): | 08/15/11 (f) |
| | | 341(a) Meeting Date: | 10/07/11 |
| | | Claims Bar Date: | 01/18/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12      Current Projected Date of Final Report (TFR): 03/15/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 11-23387 -EWH | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|
| Case Name: | VELEZ, ADRIAN | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******1411 Checking - Non Interest |
| Taxpayer ID No: | *******1854 | | |
| For Period Ending: | 08/12/13 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,289.52 | | 1,289.52 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.05 | 1,288.47 |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.47 | 1,287.00 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.47 | 1,285.53 |
| 02/25/13 | 010001 | ADRIAN VELEZ<br>7236 E. TEXAS EBONY DR.<br>GOLD CANYON, AZ  85118 | POSTPETITION PORTION TAX REFUNDS | 8500-002 | | 491.40 | 794.13 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.73 | 792.40 |
| 06/11/13 | 010002 | STANLEY J. KARTCHNER<br>CHAPTER 7 TRUSTEE<br>7090 N ORACLE RD # 178-204<br>TUCSON, AZ  85704 | Chapter 7 Compensation/Expense | | | 254.67 | 537.73 |
| | | | Fees            201.67 | 2100-000 | | | |
| | | | Expenses         53.00 | 2200-000 | | | |
| 06/11/13 | 010003 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000001, Payment 0.64256%<br>5652 | 7100-000 | | 12.31 | 525.42 |
| 06/11/13 | 010004 | CLERK OF THE UNITED STATES BANKRUPT<br>38 SOUTH SCOTT AVENUE<br> TUCSON, AZ  85701 | Claim 000002, Payment 0.64286%<br>Desert School Federal Credit Union<br>PO BOX 2945<br>Phoenix AZ 85062-2945<br><br>4280 | 7100-000 | | 2.67 | 522.75 |
| 06/11/13 | 010005 | Desert School Federal Credit Union<br>PO BOX 2945<br>Phoenix AZ 85062-2945 | Claim 000003, Payment 0.64266%<br>4271 | 7100-000 | | 18.14 | 504.61 |
| 06/11/13 | 010006 | Desert School Federal Credit Union<br>PO BOX 2945 | Claim 000004, Payment 0.64271%<br>4280 | 7100-000 | | 20.69 | 483.92 |

Page Subtotals    1,289.52    805.60

LFORM24 UST Form 101-7-TDR (5/1/2011) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 11-23387 -EWH | | Trustee Name: | Stanley J. Kartchner |
| --- | --- | --- | --- | --- |
| Case Name: | VELEZ, ADRIAN | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******1411 Checking - Non Interest |
| Taxpayer ID No: | *******1854 | | | |
| For Period Ending: | 08/12/13 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/11/13 | 010007 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 [Phoenix AZ 85062-2945 above] | Claim 000005, Payment 0.64272%<br>7123/5770 | 7100-000 | | 72.71 | 411.21 |
| 06/11/13 | 010008 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN MI 48090 | Claim 000006, Payment 0.64269%<br>9997 | 7100-000 | | 101.84 | 309.37 |
| 06/11/13 | 010009 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN MI 48090 | Claim 000007, Payment 0.64281%<br>0545 | 7100-000 | | 54.48 | 254.89 |
| 06/11/13 | 010010 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000008, Payment 0.64274%<br>7729 | 7100-000 | | 45.43 | 209.46 |
| 06/11/13 | 010011 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 0.64270%<br>1000 | 7100-000 | | 185.82 | 23.64 |
| 06/11/13 | 010012 | CAPITAL ONE, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Claim 000010, Payment 0.64279%<br>3500 | 7100-000 | | 23.64 | 0.00 |

Page Subtotals 0.00 483.92

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-23387 -EWH | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|
| Case Name: | VELEZ, ADRIAN | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******1411 Checking - Non Interest |
| Taxpayer ID No: | *******1854 | | |
| For Period Ending: | 08/12/13 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 0.00 | COLUMN TOTALS | | 1,289.52 | 1,289.52 | 0.00 |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | | 1,289.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,289.52 | |
| | | Memo Allocation Net: 0.00 | Less: Payments to Debtors | | | 491.40 | |
| | | | Net | | 0.00 | 798.12 | |

Page Subtotals  0.00  0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-23387 -EWH | | Trustee Name: | Stanley J. Kartchner |
| --- | --- | --- | --- | --- |
| Case Name: | VELEZ, ADRIAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8146  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1854 | | | |
| For Period Ending: | 08/12/13 | | Blanket Bond (per case limit): | $          0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/07/12 | 19 | UNITED STATES TREASURY | INCOME TAX REFUND | | 1,298.00 | | 1,298.00 |
| | | UNITED STATES TREASURY | Memo Amount:     806.60 | 1224-000 | | | |
| | | | ESTATE'S PORTION OF TAX REFUND | | | | |
| | | VELEZ, ADRIAN | Memo Amount:     491.40 | 1280-002 | | | |
| | | | DEBTOR'S PORTION OF TAX REFUND | | | | |
| 05/31/12 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,298.01 |
| 06/29/12 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,298.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.54 | 1,296.48 |
| 07/31/12 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,296.49 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.70 | 1,294.79 |
| 08/31/12 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,294.80 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.65 | 1,293.15 |
| 09/28/12 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,293.16 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.48 | 1,291.68 |
| 10/31/12 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,291.69 |
| 10/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.75 | 1,289.94 |
| 11/09/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 0.42 | 1,289.52 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 11/09/12 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 1,289.52 | 0.00 |

Page Subtotals        1,298.06        1,298.06

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| Case No: | 11-23387 -EWH | | Trustee Name: | Stanley J. Kartchner |
| Case Name: | VELEZ, ADRIAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8146  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1854 | | | |
| For Period Ending: | 08/12/13 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,298.00 | COLUMN TOTALS | 1,298.06 | 1,298.06 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 1,289.52 | |
| | | Subtotal | 1,298.06 | 8.54 | |
| Memo Allocation Net: | 1,298.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 1,298.06 | 8.54 | |

|  |  |  |  |  |
|---|---|---|---|---|
| Total Allocation Receipts: | 1,298.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking - Non Interest - ********1411 | 0.00 | 798.12 | 0.00 |
| Total Memo Allocation Net: | 1,298.00 | Money Market - Interest Bearing - ********8146 | 1,298.06 | 8.54 | 0.00 |
| | | | 1,298.06 | 806.66 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

LFORM24  Ver: 17.02f

Case 4:11-bk-23387-EWH  Doc 37  Filed 08/23/13  Entered 08/23/13 11:05:45  Desc
UST Form 101-7-TDR (5/1/2011) (Page: 15)  Page 15 of 15